UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Ernest Thompson : Case No. 17-10912 elf

       Debtor : Chapter 13

## CERTIFICATION OF SERVICE

I, Richard F. Weinstein, Esquire, attorney for Debtor, hereby certify that a true and correct copy of the above-referenced Second Amended Chapter 13 Plan was served upon all interested parties indicated below by sending true and conformed copies of the said Plan electronically and/or by first class United States Mail, postage prepaid:

City of Philadelphia
Law Dep't - Tax Unit
Bankruptcy Group, MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595

Interal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

PECO
attn: Merrick Friel
2301 Market Street
Philadelphia, PA 19101


William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street  Suite 500
Philadelphia, PA 19107-4405

                                        <u>/s/ Richard F. Weinstein</u>
                                        RICHARD F. WEINSTEIN, ESQUIRE
                                        705 West Haverford Road, Suite 1
                                        Bryn Mawr, PA 19010-3128
                                        (610) 896-3700