UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Ernest Thompson : Case No. 17-10912 elf

      Debtor : Chapter 13

## CERTIFICATION OF SERVICE

I, Richard F. Weinstein, Esquire, attorney for Debtor, hereby certify that a true and correct copy of the above-referenced Third Amended Chapter 13 Plan was served upon all interested parties indicated below by sending true and conformed copies of the said Plan electronically and/or by first class United States Mail, postage prepaid:

    City of Philadelphia
    Law Dep't - Tax Unit
    Bankruptcy Group, MSB
    1401 JFK Blvd., 5th Floor
    Philadelphia, PA 19102-1595

    Interal Revenue Service
    P.O. Box 7346
    Philadelphia, PA 19101-7346

    KML Law Group, P.C.
    701 Market Street
    Suite 5000
    Philadelphia, PA 19106

    PECO
    attn: Merrick Friel
    2301 Market Street
    Philadelphia, PA 19101


    William C. Miller, Esquire
    Office of the Chapter 13 Standing Trustee
    1234 Market Street, Suite 1813
    Philadelphia, PA 19107

United States Trustee
833 Chestnut Street  Suite 500
Philadelphia, PA 19107-4405

                                             <u>/s/ Richard F. Weinstein</u>
                                             RICHARD F. WEINSTEIN, ESQUIRE
                                             705 West Haverford Road, Suite 1
                                             Bryn Mawr, PA 19010-3128
                                             (610) 896-3700