UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ernest Thompson : Case No. 17-10912 elf

      Debtor : Chapter 13

## CERTIFICATION OF SERVICE

I, Richard F. Weinstein, Esquire, attorney for Debtor, hereby certify that a true and correct copy of the above-referenced Third Amended Chapter 13 Plan was served upon all interested parties indicated below by sending true and conformed copies of the said Plan electronically and/or by first class United States Mail, postage prepaid:

      Auto Trakk, LLC
      1500 Sycamore Road, Suite 200
      Montourwville, PA 17754

      /s/ Richard F. Weinstein
      RICHARD F. WEINSTEIN, ESQUIRE
      705 West Haverford Road, Suite 1
      Bryn Mawr, PA 19010-3128
      (610) 896-3700