United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ernest Thompson  
       Debtor

Case No. 17-10912-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Oct 18, 2017  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db            +Ernest Thompson,    1926 North 61st Street,    Philadelphia, PA 19151-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
         MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com  
         RICHARD F. WEINSTEIN    on behalf of Debtor Ernest   Thompson rfwlaw1@comcast.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ERNEST THOMPSON,         :  Chapter 13
                                 :
         Debtor                  :  Bky. No. 17-10912 ELF

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **October 17, 2017**, it is hereby **ORDERED** that:

1. Any Stipulation resolving the Debtor's informal objection to the proof of claim of Bank of America (Claim No. 10) shall be filed **on or before October 24, 2017**.

2. If the Stipulation referenced in Paragraph 1 is timely filed the Debtor shall file any amended chapter 13 plan necessary to the confirmation of the Debtor's chapter 13 plan **on or before October 31 2017,** and the confirmation hearing presently scheduled on **October 31, 2017** may be continued to provide proper notice of the plan to interested parties.

3. If the Stipulation referenced in Paragraph 1 is **not** timely filed, the Debtor's counsel **SHALL APPEAR** at the confirmation hearing scheduled on **October 31, 2017**, **at 1:00 p.m.**

Date: October 17, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**