## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ernest Thompson aka Ernest Thompson, Jr.<br>　　　　　　　　　Debtor | CHAPTER 13 |
| BANK OF AMERICA, N.A., or its successor and/or assignee<br>　　　　　　　　　Movant<br>　　vs. | NO. 17-10912 ELF |
| Ernest Thompson aka Ernest Thompson, Jr.<br>　　　　　　　　　Debtor | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about May 30, 2017 (Document No. 24).

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　mweiner@kmllawgroup.com
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322

Dated: October 27, 2017