# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ernest Thompson        :      Case No. 17-10912 elf

       Debtor        :      Chapter 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the above named debtor.

_____
RICHARD F. WEINSTEIN, ESQUIRE

## PRAECIPE TO ENTER APPEARANCE

Kindly enter my appearance on behalf of the above named debtor.

_____
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, Pennsylvania 19026
Phone No.:  610 446-9000
Fax No.:  610-449-5380