United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ernest Thompson  
     Debtor

Case No. 17-10912-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Sep 25, 2019  
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.  
13950040         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:  
        EMMANUEL J. ARGENTIERI    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
        KENNETH E. WEST    on behalf of Debtor Ernest   Thompson dwabkty@aol.com, G6211@notify.cincompass.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com  
        RICHARD F. WEINSTEIN    on behalf of Debtor Ernest   Thompson rfwlaw1@comcast.net  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10912-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Ernest Thompson
1926 North 61st Street
Philadelphia PA 19151

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 | U.S. Bank National Association, Trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services PO Box 52708 Irvine, CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/19

Tim McGrath
**CLERK OF THE COURT**