UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Ernest Thompson | : | |
| Debtor(s) | : | NO. 17-10912 ELF |

**PRAECIPE TO WITHDRAW APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtor, in the above-referenced matter.

Date: 9/15/21

KENNETH E. WEST, ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA 19026
610-446-9000

**PRAECIPE TO ENTER APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date: 9/21/21

ROBERT HOLBER, ESQUIRE
41 E. Front Street
Media PA 19063
610-565-5463