Certificate Number: 15111-PAE-DE-036155422

Bankruptcy Case Number: 17-10912



15111-PAE-DE-036155422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 22, 2021</u>, at <u>9:41</u> o'clock <u>AM EST</u>, <u>Ernest Thompson</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>November 22, 2021</u>          By:      <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:    <u>Ryan McDonough</u>

Title:    <u>Executive Director of Education</u>