UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ERNEST THOMPSON : CHAPTER 13

Debtor : BANKRUPTCY NO. 17-10912 - AMC

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTION 1325(a)(6), 1325(a)(8) AND (a)(9)

I, Ernest Thompson, Debtor, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for May 2, 2017, in the above-referenced case:

1. The above-named debtor will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, state, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 4/15/22    BY: _____
Ernest Thompson
Debtor