United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 17-10912-amc
Ernest Thompson                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                                  Page 1 of 3
Date Rcvd: Apr 26, 2022                       Form ID: 138OBJ                                         Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ernest Thompson, 1926 North 61st Street, Philadelphia, PA 19151-3519 |
| 13882481 | + | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 13950040 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13863871 | + | Bank of America, NA, 475 Crosspoint Parkway, attn: Bankruptcy Department, Getzville, NY 14068-1609 |
| 13863877 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14388286 | + | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 13863882 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13949005 | + | Email/Text: g20956@att.com | Apr 27 2022 00:05:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 13863869 | + | Email/Text: EBNProcessing@afni.com | Apr 27 2022 00:05:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 13868363 | | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:16 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13863870 | + | Email/Text: aleasure@autotrakk.com | Apr 27 2022 00:05:00 | Autotrakk Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 13950040 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13863871 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 27 2022 00:05:00 | Bank of America, NA, 475 Crosspoint Parkway, attn: Bankruptcy Department, Getzville, NY 14068-1609 |
| 13863873 | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, Law Dep't - Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13962309 | + | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY |

Case 17-10912-amc    Doc 70    Filed 04/28/22    Entered 04/29/22 00:33:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13863872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:08 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13863875 | + | Email/Text: csd1clientservices@cboflanc.com | Apr 27 2022 00:05:00 | Credit Bureau of Lancater County, Inc, Po Box 1271, Lancater, PA 17608-1271 |
| 13863876 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Interal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13863878 | + | Email/Text: bknotices@mbandw.com | Apr 27 2022 00:05:00 | Mccarthy Burgess & Wol, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 13863879 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 27 2022 00:05:00 | PECO, attn: Merrick Friel, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13863880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:10 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13897985 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388286 | + | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 27 2022 00:05:00 | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 13914601 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:23 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13863881 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 27 2022 00:04:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 13863883 | + | Email/Text: Bankruptcy@wsfsbank.com | Apr 27 2022 00:05:00 | Wsfs Chek, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13863874 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dep't - Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com |
| RICHARD F. WEINSTEIN | on behalf of Debtor Ernest Thompson rfwlaw1@comcast.net |
| ROBERT H. HOLBER | on behalf of Debtor Ernest Thompson rholber@holber.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ernest Thompson
        Debtor(s)

Case No: 17−10912−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

66 − 64
Form 138OBJ